# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

June 24, 2002

**Before**

Hon. William J. Bauer, *Circuit Judge*

Hon. Daniel A. Manion, *Circuit Judge*

Hon. Ilana Diamond Rovner, *Circuit Judge*

No. 00-2839

| | |
|---|---|
| Gloria J. McCaskill, | Appeal from the United States |
| *Plaintiff-Appellant*, | District Court for the Northern |
| | District of Illinois, Eastern Division. |
| *v.* | |
| | No. 00 C 1543 |
| SCI Management Corporation, SCI Illinois | |
| Services Incorporated, doing business as | Suzanne B. Conlon, |
| Evergreen Cemetery, Sam Smith, et al., | *Judge*. |
| *Defendants-Appellees*. | |

**O R D E R**

A majority of the panel has voted to grant defendants-appellees' petition for rehearing, and the panel opinion issued April 4, 2002, is hereby vacated.  No further argument being necessary, the matter will be decided on the record.  FED. R. APP. P. 40(a)(4).